[No. 6646-1-III. Division Three. May 6, 1986.]

THE STATE OF WASHINGTON, *Respondent*, v. MONTE EMIL ANDERSON, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 83-1-00867-1, John J. Lally, J., entered July 11, 1984. *Affirmed* by unpublished opinion per Munson, J., concurred in by Green, C.J., and McInturff, J.

[No. 6847-1-III. Division Three. May 6, 1986.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT LAWRENCE McNAIRY, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 84-1-00167-5, Harold D. Clarke, J., entered December 19, 1984. *Affirmed* by unpublished opinion per Green, C.J., concurred in by Munson and McInturff, JJ.

[No. 6627-4-III. Division Three. May 8, 1986.]

FARMERS INSURANCE EXCHANGE, *Respondent*, v. HARLEY FRISBY, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for Benton County, No. 82-2-00747-9, Robert S. Day, J., entered June 21, 1984. *Affirmed* by unpublished opinion per Green, C.J., concurred in by Munson and Thompson, JJ.

[No. 15379-0-I. Division One. May 12, 1986.]

THE STATE OF WASHINGTON, *Respondent*, v. TOM ARNE NYGREN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 84-8-01813-7, Stephen M. Gaddis, J. Pro Tem., entered August 16, 1984. *Affirmed* by unpublished opinion per Johnsen, J. Pro Tem., concurred in by Coleman and Webster, JJ.